ACCEPTED
03-15-00203-CR
7896672
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 5:55:03 AM
JEFFREY D. KYLE
CLERK

## NO.  03-15-00203-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE THIRD** |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **RONNIE MONTGOMERY** | § | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 5:55:03 AM
JEFFREY D. KYLE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Ronnie Montgomery., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.	This case is on appeal from the  147th District Court of Travis County, Texas.

2.	The case below was styled the STATE OF TEXAS vs. Ronnie Montgomery, and numbered D1DC13202988.

3.	Appellant was convicted of Evading Arrest with a Vehicle

4.	Appellant was assessed a sentence of 5 years TDCJ, which was probated on April 8, 2015..

5.	Notice of appeal was given timely and the Clerk and Reporters records have been duly filed with the Court of Appeals..

6.	The appellate brief was due on or about November 12, 2015

8.	Appellant requests an extension of time of 21 days from todays date, i.e. that the brief be due on or before December 10, 2015.

9.	One prior extension to file the brief has been received in this cause.

10.	Defendant is currently not incarcerated.

11.	Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney had reason to believe that a portion of the record was missing and has been in contact with the Court Reporter.

In fact, the Court Reporter found additional transcripts which were filed with the Court on or about November 15, 2015 with the Court..  Therefore, Appellant's attorney needs additional time to research the issues with regards to the additional records provided by the court.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Rickey Jones
Attorney at Law
1910 Pacific Ave, Ste 15100
Dallas, Texas 75201

By:_____
Rickey Jones
State Bar No. 00787791
Attorney for Appellant

## **CERTIFICATE OF SERVICE**

This is to certify that on November 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Travis County, by facsimile transmission.

_Rickey D. Jones_

_____

Rickey Jones